

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Daniel Ray Garcia,

\* From the 106th District Court
of Gaines County,
Trial Court No. 16-4669.

Vs. No. 11-21-00200-CR

\* December 8, 2022

The State of Texas,

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to delete "causing seriously bodily injury, family violence" and condition number "27" and to correct the Penal Code reference to "22.02(a)(2)." As modified, we affirm the judgment of the trial court.